1  .

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  MARTIN E. SHMAGIN                    CASE NO.:  12-cv-2630 JSC
                                         Hon. Jacqueline Scott Corley
12          Plaintiff,
                                         [PROPOSED] ORDER CONTINUING
13     v.                                CASE MANAGEMENT CONFERENCE

14  URIGEN PHARMACEUTICALS, INC.         Complaint Filed:            May 22, 2012
                                         Case Management Conference:  March 7, 2013
15          Defendant.                   Trial Date:                 September 3, 2013

16

17  URIGEN PHARMACEUTICALS, INC.,

18          Cross-Complainant,

19     v.

20  MARTIN E. SHMAGIN, an Individual; and DOES
    1 through 10, inclusive,
21  Cross-Defendants.

22          The Case Management Conference set for March 7, 2013 is continued to April 4, 2013 at

23  1:30 p.m. in Courtroom F.

24  IT IS SO ORDERED.

25

26  Dated:  March __7__, 2013        _____
                                     Jacqueline Scott Corley
27                                   Judge of the United States District Court

28

**Case No. CV 12 2630**
**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**