Lawrence H. Stone (SBN 146797)
Lindsay L. Ryan (SBN 258130)
David Z. Feingold (SBN 280194)
725 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
stonel@jacksonlewis.com
lindsay.ryan@jacksonlewis.com
david.feingold@jacksonlewis.com

Attorneys for Defendant and Cross-Complainant
URIGEN PHARMACEUTICALS, INC.

AnnaMary E. Gannon (SBN 92175)
amg@dillinghammurphy.com
Barbara L. Harris Chiang (SBN 206832)
bhc@dillinghammurphy.com
DILLINGHAM & MURPHY LLP
601 California St., Suite 1900
San Francisco, CA 94108
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Plaintiff
MARTIN E. SHMAGIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN E. SHMAGIN,<br><br>    Plaintiff,<br><br>    v.<br><br>URIGEN PHARMACEUTICALS, INC.<br><br>    Defendants. | CASE NO.: 12-cv-2630 JSC<br>Hon. Jacqueline Scott Corley<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: August 29, 2013<br>Time: 1:30 p.m.<br>Courtroom: "F"<br><br>Complaint Filed: May 22, 2012<br>FAC Filed: June 1, 2012<br>FAC Served: June 15, 2012<br>Trial Date: October 7, 2013 |

| | |
|---|---|
| 1 | URIGEN PHARMACEUTICALS, INC., |
| 2 |        Cross-Complainant, |
| 3 |    v. |
| 4 | MARTIN E. SHMAGIN, an Individual; and DOES 1 through 10, inclusive, |
| 5 | Cross-Defendants. |

CASE NO.: 12 2630 JSC                              JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Defendant and Cross-Complainant URIGEN PHARMACEUTICALS, INC. ("Defendant" or "Cross-Complainant" or "Urigen") and Plaintiff MARTIN E. SHMAGIN ("Plaintiff"), by and through their respective counsel of record, hereby submit the following update in advance of the scheduled Case Management Conference.

After extensive negotiations and diligent efforts to finalize the complex settlement agreement reached in this matter, there remain only two provisions for which the parties are working to finalize the language.  The parties anticipate resolving these issues shortly, and thereafter executing the Settlement Agreement, however, the agreement will not likely be executed in time to file a Request for Dismissal in advance of tomorrow's hearing.  Accordingly, the parties would jointly request that the Court briefly continue the scheduled Case Management Conference by fourteen (14) days to **September 10, 2013**.

Date:    August  28, 2013                    JACKSON LEWIS, LLP


                                       By:   /s/ Lawrence H. Stone
                                             Lawrence H. Stone
                                             Lindsay L. Ryan
                                             David Z. Feingold

                                             Attorneys for Defendant and Cross-Complainant
                                             URIGEN PHARMACEUTICALS, INC.

Date:    August 28, 2013                     Dillingham & Murphy, LLP


                                       By:   /s/ Barbara L. Harris Chiang
                                             AnnaMary E. Gannon
                                             Barbara L. Harris Chiang

                                             Attorneys for Plaintiff
                                             MARTIN E. SHMAGIN

4844-5925-9925, v. 1

The case management conference is continued to 9/12/13 at 1:30 p.m.

Dated: 8/29/2013

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

CASE NO.: 12 2630 JSC                        JOINT CASE MANAGEMENT
                                             CONFERENCE STATEMENT