Lawrence H. Stone (SBN 146797)
Lindsay L. Ryan (SBN 258130)
David Z. Feingold (SBN 280194)
725 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 689-0404
Facsimile:   (213) 689-0430
stonel@jacksonlewis.com
lindsay.ryan@jacksonlewis.com
david.feingold@jacksonlewis.com

Attorneys for Defendant and Cross-Complainant
URIGEN PHARMACEUTICALS, INC.

AnnaMary E. Gannon (SBN 92175)
amg@dillinghammurphy.com
Barbara L. Harris Chiang (SBN 206832)
bhc@dillinghammurphy.com
DILLINGHAM & MURPHY LLP
601California St., Suite 1900
San Francisco, CA  94108
Telephone: (415) 397-2700
Facsimile:  (415) 397-3300

Attorneys for Plaintiff
MARTIN E. SHMAGIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN E. SHMAGIN,<br><br>     Plaintiff,<br><br>  v.<br><br>URIGEN PHARMACEUTICALS, INC.<br><br>     Defendants. | CASE NO.:  12-cv-2630 JSC<br>Hon. Jacqueline Scott Corley<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:               August 29, 2013<br>Time:             1:30 p.m.<br>Courtroom:   "F"<br><br>Complaint Filed:  May 22, 2012<br>FAC Filed:        June 1, 2012<br>FAC Served:     June 15, 2012<br>Trial Date:       October 7, 2013 |

| | |
|---|---|
| 1 | URIGEN PHARMACEUTICALS, INC., |
| 2 |         Cross-Complainant, |
| 3 |    v. |
| 4 | MARTIN E. SHMAGIN, an Individual; and DOES 1 through 10, inclusive, |
| 5 | Cross-Defendants. |

CASE NO.: 12 2630 JSC

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

Defendant and Cross-Complainant URIGEN PHARMACEUTICALS, INC. ("Defendant" or "Cross-Complainant" or "Urigen") and Plaintiff MARTIN E. SHMAGIN ("Plaintiff"), by and through their respective counsel of record, hereby submit the following update in advance of the scheduled Case Management Conference.

After extensive negotiations and diligent efforts to finalize the complex settlement agreement reached in this matter, there remain only two provisions for which the parties are working to finalize the language. The parties anticipate resolving these issues shortly, and thereafter executing the Settlement Agreement, however, the agreement will not likely be executed in time to file a Request for Dismissal in advance of tomorrow's hearing. Accordingly, the parties would jointly request that the Court briefly continue the scheduled Case Management Conference by fourteen (14) days to **September 10, 2013**.

Date:   August 28, 2013         JACKSON LEWIS, LLP

                                By:   /s/ Lawrence H. Stone
                                      Lawrence H. Stone
                                      Lindsay L. Ryan
                                      David Z. Feingold

                                      Attorneys for Defendant and Cross-Complainant
                                      URIGEN PHARMACEUTICALS, INC.

Date:   August 28, 2013         Dillingham & Murphy, LLP

                                By:   /s/ Barbara L. Harris Chiang
                                      AnnaMary E. Gannon
                                      Barbara L. Harris Chiang

                                      Attorneys for Plaintiff
                                      MARTIN E. SHMAGIN

4844-5925-9925, v. 1

The case management conference is continued to 9/12/13 at 1:30 p.m.

Dated: 8/29/2013

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 12 2630 JSC                          JOINT CASE MANAGEMENT
                                               CONFERENCE STATEMENT