1  AnnaMary E. Gannon (State Bar No. 92175)
   amg@dillinghammurphy.com
2  Barbara Harris Chiang (State Bar No. 206892)
   bhc@dillinghammurphy.com
3  Dillingham & Murphy, LLP
   601 California Street, Suite 1900
4  San Francisco, California 94104-4207
   Telephone: 415.397.2700
5  Facsimile:  415.397.3300

6  Attorneys for Plaintiff and Cross-Defendant
   MARTIN E. SHMAGIN
7

8  Lawrence H. Stone (SBN 146797)
   Lindsay L. Ryan (SBN 258130)
9  David Z. Feingold (SBN 280194)
   725 S. Figueroa Street, Suite 2500
10 Los Angeles, CA 90017
   Telephone: (213) 689-0404
11 Facsimile:   (213) 689-0430
   stonel@jacksonlewis.com
12 lindsay.ryan@jacksonlewis.com
   david.feingold@jacksonlewis.com
13
   Attorneys for Defendant and Cross-Complainant
14 URIGEN PHARMACEUTICALS, INC.

15
16                    UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA

18 | MARTIN E. SHMAGIN | CASE NO.: 12-cv-2630 JSC
19 |                    | Hon. Jacqueline Scott Corley
   | Plaintiff,         |
20 | v.                 | **NOTICE OF SETTLEMENT**
21 | URIGEN PHARMACEUTICALS, INC. | Complaint Filed: May 22, 2012
22 | Defendants.        | FAC Filed:      June 1, 2012
   |                    | FAC Served:     June 15, 2012
23
24 URIGEN PHARMACEUTICALS, INC.,
25    Cross-Complainant,
26 v.
27 MARTIN E. SHMAGIN, an Individual;
   and DOES 1 through 10, inclusive,
28
      Cross-Defendants.

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff and Cross-Defendant Martin E. Shmagin and Defendant and Cross-Complainant Urigen Pharmaceuticals, Inc. (the "Parties") hereby report to the Court that the Parties have reached a settlement of the entire action and cross-action, with the initial settlement payment triggering the authorization to file a Request for Dismissal anticipated to occur on or about September 15, 2013.  Accordingly, the Parties jointly request that the Court continue the hearing currently scheduled for September 12, 2013, 1:30 p.m., to a date after September 15, 2013, by which time a Request for Dismissal is anticipated to be jointly filed by the Parties.

Date:  September 11, 2013       DILLINGHAM & MURPHY, LLP

                                By:   /s/ Barbara Harris Chiang
                                      Barbara Harris Chiang

                                      Attorneys for Plaintiff
                                      MARTIN E. SHMAGIN

Date:  September 11, 2013       JACKSON LEWIS, LLP

                                By:   /s/ Lawrence H. Stone
                                      Lawrence H. Stone
                                      Lindsay L. Ryan

                                      Attorneys for Defendant and Cross-Complainant
                                      URIGEN PHARMACEUTICALS, INC.

The case management conference is continued to 9/19/13 at 1:30 p.m.

Dated: 9/11/13

