| | |
|---|---|
| 1 | AnnaMary E. Gannon (State Bar No. 92175) |
| 2 | amg@dillinghammurphy.com<br>Barbara Harris Chiang (State Bar No. 206892) |
| 3 | bhc@dillinghammurphy.com<br>Dillingham & Murphy, LLP |
| 4 | 601 California Street, Suite 1900<br>San Francisco, California 94104-4207 |
| 5 | Telephone: 415.397.2700<br>Facsimile:   415.397.3300 |
| 6 | Attorneys for Plaintiff and Cross-Defendant |
| 7 | MARTIN E. SHMAGIN |
| 8 | Lawrence H. Stone (SBN 146797) |
| 9 | Lindsay L. Ryan (SBN 258130)<br>David Z. Feingold (SBN 280194) |
| 10 | 725 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017 |
| 11 | Telephone: (213) 689-0404<br>Facsimile:   (213) 689-0430 |
| 12 | stonel@jacksonlewis.com<br>lindsay.ryan@jacksonlewis.com |
| 13 | david.feingold@jacksonlewis.com |
| 14 | Attorneys for Defendant and Cross-Complainant<br>URIGEN PHARMACEUTICALS, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN E. SHMAGIN, | | CASE NO.: 12-cv-2630 JSC |
| | Plaintiff, | Hon. Jacqueline Scott Corley |
| | v. | **NOTICE OF SETTLEMENT** |
| URIGEN PHARMACEUTICALS, INC. | | Complaint Filed: May 22, 2012 |
| | Defendants. | FAC Filed:         June 1, 2012<br>FAC Served:    June 15, 2012 |
| URIGEN PHARMACEUTICALS, INC., | | |
| | Cross-Complainant, | |
| | v. | |
| MARTIN E. SHMAGIN, an Individual;<br>and DOES 1 through 10, inclusive, | | |
| | Cross-Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

    Plaintiff and Cross-Defendant Martin E. Shmagin and Defendant and Cross-Complainant Urigen Pharmaceuticals, Inc. (the "Parties") hereby report to the Court that the Parties have reached a settlement of the entire action and cross-action, with the initial settlement payment triggering the authorization to file a Request for Dismissal anticipated to occur on or about September 15, 2013.  Accordingly, the Parties jointly request that the Court continue the hearing currently scheduled for September 12, 2013, 1:30 p.m., to a date after September 15, 2013, by which time a Request for Dismissal is anticipated to be jointly filed by the Parties.

Date:  September 11, 2013        DILLINGHAM & MURPHY, LLP

        By:   /s/ Barbara Harris Chiang
               Barbara Harris Chiang

               Attorneys for Plaintiff
               MARTIN E. SHMAGIN

Date:  September 11, 2013        JACKSON LEWIS, LLP

        By:   /s/ Lawrence H. Stone
               Lawrence H. Stone
               Lindsay L. Ryan

               Attorneys for Defendant and Cross-Complainant
               URIGEN PHARMACEUTICALS, INC.

The case management conference is continued to 9/19/13 at 1:30 p.m.

Dated: 9/11/13

*[GRANTED stamp — Judge Jacqueline Scott Corley, United States District Court, Northern District of California]*